## Gayety Bar, Inc. Liquor License Case.

Argued December 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before ULLMAN, J.

*Cecil B. Moore,* for objector, appellant.

*Robert M. Borden,* with him *Alexander H. Borden,* for applicant, appellee.

*Russell C. Wismer,* Special Assistant Attorney General, with him *George G. Lindsay,* Assistant Attorney General, and *David Stahl,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

OPINION PER CURIAM, January 16, 1962:
The six Judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.